IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22134 CIV-GOLD
Magistrate Judge Turnoff

FARIBORZ ZOJAJI,

        Petitioner,

v.

MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,

        Respondent.

_____/

## MERRILL LYNCH'S OPPOSITION TO PETITIONER'S
## MOTION FOR ATTORNEY'S FEES AND COSTS

Respondent, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), hereby submits this *Opposition* to the *Motion for Attorney's Fees and Costs* of Petitioner Fariborz Zojaji ("Zojaji") (hereinafter the "*Fee Petition*"). The amount of fees that Zojaji demands is unreasonable and excessive considering the lack of complexity of the issues and the alacrity with which the issues were arbitrated and resolved. Likewise, no aspect of the case justifies the application of a contingency fee multiplier. A reasonable hourly rate for the hours fairly expended on the relevant claims for which an entitlement to fees exists should be the most to which Zojaji is entitled. For these reasons, as more fully discussed in this *Opposition,* Merrill Lynch respectfully requests that Zojaji's *Fee Petition* be reduced to only those attorney's fees and costs related to his limited wage recovery.

Case No. 07-22134 CIV-GOLD

## I.  RELEVANT BACKGROUND

In June 2006, Zojaji filed a *Statement of Claim* with the National Association of Securities Dealers ("NASD") Dispute Resolution arising out of his November 2004 termination of employment from Merrill Lynch.  Zojaji's NASD *Statement of Claim* was barely five pages long and alleged several generic causes of action.  None of those causes of action contained any statutory basis for recovering attorney's fees.  And, as Zojaji readily acknowledges in his *Fee Petition*, the issues in this case were not novel.  See *Fee Petition* at 8 (noting dozens of arbitration awards on wrongful termination and the application of the employment at-will doctrine).  Zojaji simply contended that Merrill Lynch terminated his employment without cause.

In opposing Zojaji's claims, Merrill Lynch contended that it terminated Zojaji's employment in November 2004 because it believed that Zojaji had violated Merrill Lynch's policies by exercising his own discretion in making trades in Merrill Lynch customer accounts.   Merrill Lynch also believed that Zojaji had violated Merrill Lynch's privacy policies.  Merrill Lynch considered Zojaji's conduct to be sufficient cause to terminate him.

The pleadings in the NASD proceeding were limited to Zojaji's *Statement of Claim,* Merrill Lynch's *Answer and Affirmative Defenses,* and Merrill Lynch's *Pre-Hearing Brief.*   The parties voluntarily exchanged documents in discovery.  The NASD rules discouraged depositions, and none were taken in this matter.  Neither party filed any discovery motions.   The arbitration on the merits took place in one week in June 2007, and Zojaji's claim reached a resolution in his favor within thirteen months of the

2

Case No. 07-22134 CIV-GOLD

filing of his *Statement of Claim.*

In the course of the arbitration proceeding, Zojaji never actually pled a cause of action entitling him to attorney's fees, nor did his *Statement of Claim* at any point refer to any Florida statute entitling him to attorney's fees and costs. In making the Award, the Panel did not expressly state on which claims it found in favor of Zojaji. With respect to fees, the arbitration panel merely found that Zojaji was "disenfranchised with respect to all un-vested portions of his Employee Incentive Program valued at $170,000 on November 3, 2004 and 18 weeks of severance pay." *Amended Award* at 6. Without specificity and without any further elaboration, the panel apparently embedded that finding in its award of $400,000 in compensatory damages. The panel then stated that, pursuant to section 448.08 of the Florida Statutes, Merrill Lynch shall pay to Zojaji his costs and reasonable attorney's fees in an amount to be determined by a court of competent jurisdiction. Section 448.08 provides that a court may award costs of the action and reasonable attorney's fees to the prevailing party in an action for *unpaid wages.*

Here, Zojaji employed the services of two trial lawyers: Messrs. Carlson and Arias. At $450 and $400, respectively, Messrs. Carlson and Arias spend 578 hours preparing and trying all of the claims alleged in the case. However, very little of the time, effort, and money that they expended related to any wage claims. In fact, not a single entry in the Carlson firm's time records relate to any wage claim. Instead, Zojaji focused his efforts on proving that Merrill Lynch terminated him for a competitive reason upon which the panel never ruled. Nonetheless, and quite contrary to Zojaji's *Fee*

3

*Petition*, the amount of attorney's fees that Zojaji seeks in this action are unreasonable, excessive, and far exceed any *reasonable* fee for a relatively straight-forward employment claim in a city such as Miami, which contains a plethora of well-skilled and competent employment lawyers.   Awarding Zojaji's counsel a reasonable hourly rate for the necessary time expended adequately compensates counsel for representing Zojaji.

## II.   LEGAL ANALYSIS

### A.   <u>Zojaji's Lodestar is Unreasonable and Excessive.</u>

The Florida Supreme Court has adopted the "lodestar" approach as the starting point in calculating the proper award of attorney's fees. <u>Bell v. U.S.B. Acquisition Co., Inc.</u>, 734 So. 2d 403, 406 (Fla. 1999).  The lodestar amount is determined by calculating the number of hours reasonably expended by the attorney by the reasonable hourly rate for those services.  <u>Id.</u>  In determining whether the fee is reasonable, the Court can consider the following factors:

> (1)    the time and labor required, the novelty, complexity, and difficulty of the  questions  involved,  and  the  skill  requisite  to  perform  the  legal service  properly;
>
> (2)    the  likelihood  that  the  acceptance  of  the  particular  employment will  preclude other employment by the lawyer;
>
> (3)    the fee, or rate of fee, customarily charged in the locality for legal services  of a comparable or similar nature;
>
> (4)    the significance of, or amount involved in, the subject matter of the representation,  the  responsibility  involved  in  the  representation,  and  the results obtained;
>
> (5)    the  time  limitations  imposed  by  the  client  or  by  the  circumstances and,  as  between  attorney  and  client,  any  additional  or  special  time demands or requests of the attorney by the client;

4

(6)      the nature and length of the professional relationship with the client;

(7)      the experience, reputation, diligence, and ability of the lawyer or lawyers performing the service and the skill, expertise, or efficiency of effort  reflected in the actual providing of such services; and

(8)      whether the fee is fixed or contingent, and, if fixed as to amount or rate, then whether the client's ability to pay rested to any significant degree on the outcome of the representation.

Id. at 407 n.5.  Zojaji bears the burden of establishing an entitlement to fees and providing the appropriate documentation to support the hours and hourly rates.  Am. Charities for Reasonable Fundraising Regulation, Inc. v. Pinellas County, 278 F. Supp. 2d 1301, 1309 (M.D. Fla. 2003).  He also has the burden to allocate them as to the issues or claims for which fees are awardable.  See Franzen v. Lacuna Golf Ltd. Partnership, 717 So. 2d 1090, 1093 (Fla. 4th DCA 1998).

Here, Zojaji seeks fees and costs that far exceed a reasonable fee in this relatively straightforward employment claim.  The time and labor required was not excessive. Specifically, the Carlson firm commenced its representation of Zojaji in November 2005. See Fee Petition at Ex. "5."  Between November 2005 and August 2007, the firm recorded 578 hours of billable time. 120.9 of those hours were recorded for the five days of actual arbitration between June 11 and June 15, 2007.  Id. Converting the total number recorded hours into actual days (using an eight hour day) reveals that Messrs. Carlson and Arias jointly spent less than 73 days on the case "cradle to grave."  Further, if you remove the time recorded for the actual arbitration, the result is even more stark:  in the 19.5 months leading to the arbitration, Carlson and Arias together spent a combined 57

5

days working on the case.  Accordingly, their own timesheets reflect that the issues in the case were neither novel nor complex.  No time was spend on any wage claims, and the subject matter was significant to no one other than Zojaji.  As a result, Zojaji should be entitled to recover only a limited amount of the fees that he demands.

**B.      The Hourly Rate of Michael Arias is Excessive.**

Zojaji contends that an hourly rate of $400 for Michael Arias is reasonable. However, even his affiant, Michael Hanzman, admits that this rate is on the higher side of an attorney with his level of experience.  *See Affidavit of Michael A. Hanzman* (hereinafter the "*Hanzman Affidavit*") at ¶ 4.   Indeed, in August 2007 in another matter pending before Judge Hurley, Mr. Arias submitted a fee petition and noted that his customary rate is $350 per hour.  *See Affidavit of Curtis Carlson, Esq.* in the *Newton v. Prudential Securities, Inc.* matter (docket number 06-80628-CIV-HURLEY) (hereinafter the "*Carlson Affidavit*") at ¶ 6 attached hereto as Exhibit "A."

The *Carlson Affidavit* had contended that Mr. Arias's rate of $350 per hour was reasonable.  *See Carlson Affidavit* at ¶¶ 5-6.  Accordingly, Mr. Arias's rate should be reduced from $400 to $350.

**C.      Zojaji Has Not Demonstrated the Reasonableness of Fees Incurred for His Licensing Issues.**

In his *Fee Petition*, Zojaji seeks attorney's fees of $14,281.50 relating to fees incurred by Tew Cardenas and Broad and Cassel.  Zojaji readily admits that these fees were not incurred in connection with the underlying arbitration.   Rather, Zojaji acknowledges that he retained Tew Cardenas and Broad and Cassel in connection with

Case No. 07-22134 CIV-GOLD

his licensing issues. *Fee Petition* at ¶ 8. The licensing issues are unrelated to any claim for unpaid wages - as required by the statute - and were unrelated to the purportedly lost wages that the panel referenced in the award.

Furthermore, Zojaji has failed to demonstrate that the rates of Tew Cardenas and Broad and Cassel are reasonable. Indeed, Zojaji's own expert states that he did not include these fees in his calculation of a "reasonable fee." *Hanzman Affidavit* at n. 3. Accordingly, Zojaji's *Fee Petition* should be reduced by $14,281.50 to exclude the fees sought by Tew Cardenas/Broad & Cassel.

### D.      A Multiplier is Not Justified in this Case.

The primary rationale for the contingency fee multiplier is "to *provide access* to competent counsel for those who could not afford it." Michnal v. Palm Coast Dev., Inc., 842 So. 2d 927, 934 (Fla. 4ᵗʰ DCA 2003), review denied, 882 So. 2d 385 (Fla. 2004)*(citing* Bell v. U.S.B. Acquisitions Co., 734 So. 2d 403, 411 (Fla. 1999)). A multiplier will only be applied when the prevailing party can establish that (i) the contingency fee multiplier was necessary to obtain competent counsel; and (ii) whether the attorney was able to mitigate the risk of nonpayment in any way. Id. at 934. The mere fact that Zojaji had retained counsel pursuant to a contingency fee agreement does not mandate the application of a multiplier. Carmichael v. State Comprehensive Health Assoc., 717 So. 2d 174 (Fla. 4ᵗʰ DCA 1998).

Numerous courts have rejected the application of a contingency fee multiplier in cases similar to this case. For instance, in Williams v. Consolidated City of Jacksonville, the United States District Court for the Middle District of Florida rejected the use of a

multiplier in an employment discrimination lawsuit that was vigorously defended.  Case No. 3:00-cv-469-J-32TEM, 2006 U.S. Dist. LEXIS 64618, at * 35 (M.D. Fla. Sept. 11, 2006).  After reducing the plaintiff's lodestar by nearly 35 percent (by reducing the hours and hourly rate that the  plaintiff demanded), the court reasoned that the court-adjusted lodestar without the multiplier fully compensated the plaintiffs' counsel for his efforts. Id. at *36.

In Fabian v. Kress, the United States District Court for the Southern District of Florida rejected the application of a 2.5 contingency fee multiplier following an NASD arbitration.  Case No. 03-80480-CIV-HURLEY/LYNCH, 2003 U.S. Dist. LEXIS 25455, at *15-16 (S.D. Fla. Sept. 26, 2003).  The court noted that merely being successful was not a determining factor in awarding the multiplier.  Id. at *15.  Like our case, the court found that the case was not unusually difficult, did not prevent other employment by counsel, and was not one where only few counsel were qualified to handle it.  Without minimizing the damages awarded, the time on the case, or the expertise of the lawyers, the court held that the lodestar fees sufficiently compensated counsel for representing the plaintiffs. Id.

In Lang v. Reedy Creek Improvement Dist., the United States District Court for the Middle District of Florida refused to adjust the lodestar.  Case No. 94-693-Civ-Orl-3ABF(17), 1997 U.S. Dist. LEXIS 24211, at *23 (M.D. Fla. Dec. 23, 1997).  While the court recognized that the result was substantial, the court found that the case was not "one of unusually monumental importance."  Id.  The court further noted that the remedy only served to right a particular wrong with respect to those particular plaintiffs and,

Case No. 07-22134 CIV-GOLD

therefore, did not find anything so exceptional as to override a presumption that the lodestar fee was the reasonable fee.  Id.

The Florida Court of Appeals recently rejected the application of contingency fee multipliers in public policy enforcement cases.  Hamilton v. Ford Motor Co., No. 4D04-4955, 2006 Fla. App. LEXIS 9656, at *9 n.3 (Fla. Dist. Ct. App.), *opinion clarified on other grounds at*, 936 So. 2d 1203 (Fla. 4th DCA 2006) ("Our Supreme Court has generally rejected the use of contingency fees multipliers in public policy enforcement … cases").  In Michnal, the Florida District Court of Appeals reversed a trial court's application of a multiplier.  842 So. 2d at 953.  The court explained that a multiplier was not appropriate where - as here - the parties were represented by well-known and well-respected counsel immediately after the dispute arose.  Id.  In Gonzalez v. Veloso, the Third District Court of Appeal rejected a contingency fee multiplier where no evidence existed that the prevailing party would not have otherwise been able to afford competent counsel.  731 So. 2d 63, 64 (Fla. 3d DCA 1999).

In this case, Zojaji has failed to present sufficient evidence to establish that he was unable to locate a competent attorney to handle his employment case.  To the contrary, Zojaji readily admits that he retained counsel *before* his employment with Merrill Lynch was even terminated.  See *Fee Petition* at 7.  The mere fact that Zojaji obtained counsel familiar with employment and regulatory issues in the securities industry before he even suffered an adverse employment action militates against the application of a contingency fee multiplier.  Equally important, shortly after his termination, Zojaji retained, as his own expert states, one of the "premier practitioners in

9

Case No. 07-22134 CIV-GOLD

this area of law." See *Hanzman Affidavit* at ¶ 5. Zojaji has not submitted any evidence demonstrating that he had any difficulty obtaining counsel to represent him in the underlying arbitration.

Miami-Dade County is not devoid of employment lawyers. A search on Martindale-Hubbell reflects that nearly 300 employment lawyers practice in Miami. See Exhibit "B." Furthermore, the Florida Bar Association's Labor and Employment Law Section boasts more than 2,010 members. See Excerpt at Exhibit "C."

Zojaji's arbitration claim was a straightforward allegation of wrongful termination. His claims did not present any novel issues. The remedy served to right only one wrong peculiar to him. The litigation was not protracted. None of the issues were exceedingly novel or complex. Accordingly, Merrill Lynch respectfully submits that a contingency fee multiplier is inappropriate for this matter and that an appropriately calculated lodestar fee would adequately compensate plaintiff's counsel.

**E.  Zojaji is Not Entitled to Any Further Expert Fees.**

Zojaji requests that Merrill Lynch be assessed an additional $3,500 in expert witness fees. In the *Amended Award*, the Panel awarded Zojaji $10,000 for reimbursement of the expert witness. See *Amended Award* at 3. Merrill Lynch has already paid that portion of the *Arbitration Award*. Zojaji did not seek to vacate that portion of the *Amended Award* and, therefore, he is not entitled to any further reimbursement of expert witness costs.

10

Case No. 07-22134 CIV-GOLD

### III.CONCLUSION

For the reasons set forth above, Merrill Lynch respectfully submits that a reasonable fee for this matter is significantly less than Zojaji's inflated and bloated lodestar. Merrill Lynch submits that Zojaji has failed to proffer a *reasonable* amount of attorney's fees. As the courts have reasoned, awarding counsel at a reasonable hourly rate for the necessary time expended should adequately compensate counsel for representing Zojaji. Merrill Lynch therefore has proposed its own lodestar and appropriate fee calculation. Any award beyond that related to Zojaji's claims for unpaid wages would be inappropriate and excessive.

Respectfully submitted,

WALDMAN FELUREN HILDEBRANDT
    & TRIGOBOFF, P.A.
Co-Counsel for Respondent / Defendant
2200 North Commerce Parkway, Suite 202
Weston, Florida 33326
Telephone: (954) 467-8600
Facsimile:  (954) 467-6222
dmarx@wfhtpa.com

By: ___/s Douglas T. Marx_____
        Douglas T. Marx
        Florida Bar No.  0089834

11

Case No. 07-22134 CIV-GOLD

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted and served via e-filing on this ___16th___ day of November, 2007, upon counsel for Petitioner, Curtis Carlson, Esq., CARLSON & LEWITTES, P.A., One Southeast Third Avenue, Suite 1200, Miami, Florida 33131.

> WALDMAN FELUREN HILDEBRANDT
>  & TRIGOBOFF, P.A.
> Co-Counsel for Respondent
> 2200 North Commerce Parkway, Suite 202
> Weston, Florida 33326
> Telephone: (954) 467-8600
> Facsimile:  (954) 467-6222
> dmarx@wfhtpa.com
>
> By: ___/s Douglas T. Marx_____
>      Douglas T. Marx
>      Florida Bar No.  0089834

Of Counsel:
Michael J. Fortunato, Esquire
Rubin, Fortunato & Harbison P.C.
10 S. Leopard Road
Paoli, PA  19301
610-408-2005
610-854-4305 (fax)

12

# Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 06-80628-CIV-HURLEY
Magistrate James Hopkins

MICHAEL D. NEWTON,

　　　　Petitioner

v.

PRUDENTIAL SECURITIES, INC.,
n/k/a PRUDENTIAL EQUITY GROUP, INC.,

　　　　Respondent.

_____/

## AFFIDAVIT OF CURTIS CARLSON, ESQ.

STATE OF FLORIDA　　　　　)
　　　　　　　　　　　　　　　　)
COUNTY OF MIAMI-DADE　　)

　　　PERSONALLY APPEARED before me the undersigned authority, Curtis Carlson, who after being duly cautioned and sworn, did state upon oath and say:

　　　1.　　I served as lead attorney in this matter on behalf of Michael D. Newton and have personal knowledge of the matters set forth herein.

　　　2.　　I am an attorney licensed to practice law in the State of Florida since 1977, and am actively engaged in the practice of law in Miami-Dade County, Florida. My partner, Ronald J. Lewittes, has been licensed to practice law since 1988 and also is actively engaged in the practice of law in Miami-Dade County, Florida. Michael Arias, of counsel to the firm, has been licensed to practice law since 1982 and likewise is actively engaged in the practice of law in Miami-Dade County, Florida.

　　　3.　　I and my firm were engaged to represent Mr. Newton pursuant to a contingent fee

1

agreement, a true and correct copy of which is attached hereto as Exhibit A.   As reflected in that agreement, Newton agreed to pay the firm, now Carlson & Lewittes, P.A., the higher of the following:

> (a) A contingency fee of 33.33% of any recovery (i.e., the gross amounts recovered through settlement, trial or otherwise, inclusive of attorney's fees) or

> (b) The amount of a reasonable fee determined by a court of competent jurisdiction.

4.       Attached to this affidavit as Exhibit B is a true and correct accounting of the services performed on behalf of Mr. Newton. The accounting of services includes the date that the services were rendered, the attorney rendering the services, the billing rate for the attorney, the amount of time expended in each of the services and the value of that time according to the assigned billing rate.

5.       The hours reasonably incurred on this file by each attorney were as follows:

> 484.80  hours  Curtis Carlson
>  78.20  hours  Ronald J. Lewittes
> 377.40  hours  Michael Arias
>
> 940.40  hours

6.       My customary hourly rate is $450.00/hr. and Mr. Lewittes and Mr. Arias' customary hourly rates are $350.00/hr.

7.       It is respectfully submitted that based upon 940.40 hours reasonably expended by this firm in this matter that a reasonable attorney fee award would be $377,750.00 ($450.00 x 484.80 hrs. + $350.00 x 78.20 hrs. + $350.00 x 377.40 hrs.).

FURTHER AFFIANT SAYETH NOT.

2

_____
Curtis Carlson

Before me personally appeared CURTIS CARLSON, who is personally known to me,

deposes and says that the foregoing statements contained herein are true and correct to the best of

his knowledge and belief.

Dated: **8/2/07**

_____
NOTARY PUBLIC

_____
PRINT NAME

ROSA LEMUS
MY COMMISSION # DD 302194
EXPIRES: March 22, 2008
Bonded Thru Notary Public Underwriters

My Commission Expires:

3

# Exhibit "B"

☐ **Paul Aiello**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Bennett Aiello, LLP, 25 Southeast Second Avenue, Suite 808, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Corporate Litigation; Employment Litigation; Civil Appeals

☐ **Jeannette E. Albo**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Commercial Litigation

☐ **W. Reynolds Allen**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **John-Edward Alley**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Arbitration; Alternative Dispute Resolution; Class Actions; Collective Bargaining; Contracts; Discrimination; Employer Liability; Employment at Will; Employment Rights; Employment Termination; Torts; Equal Employment Opportunity Law

☐ **Sheri M. Alter**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Assouline & Berlowe, P.A., 3250 Mary Street, Suite 308, Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Litigation; Dispute Resolution; Labor Law; Employment Law; Immigration Law

☐ **Jennifer G. Altman**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Boies, Schiller & Flexner LLP, Bank of America Tower, 100 South East 2nd Street, Suite 2800, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; RICO; Securities Litigation; Business Torts; Intellectual Property Litigation; Employment Litigation

☐ **Eric N. Assouline**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Assouline & Berlowe, P.A., 3250 Mary Street, Suite 308, Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Bankruptcy; Employment Law; Intellectual Property; Real Estate; Corporate Law

☐ **Jennifer J. Ator**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Tannebaum Weiss, LLP, 150 West Flagler Street Penthouse, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Labor and Employment

☐ **Mark S. Auerbacher**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Katz Barron Squitero Faust, 2699 South Bayshore Drive, Seventh Floor, Miami, Florida 33133-5408, (Miami-Dade Co.)



**Practice Area:** Commercial Litigation; Real Estate Litigation; Employment Litigation; Internet Law

☐ **Ivonne Barroso**         *Private Practice Lawyer, Labor and Employment Lawyer*

Zuckerman Spaeder LLP, 201 South Biscayne Boulevard, Suite 900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Labor and Employment

☐ **Maurice J. Baumgarten**      *Private Practice Lawyer, Labor and Employment Lawyer*

Anania, Bandklayder, Blackwell, Baumgarten, Torricella & Stein, P.A., Bank of America Tower, Suite 4300, 100 Southeast Second Street, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Aviation Litigation; Environmental Litigation; Personal Injury Litigation; Bankruptcy; Creditors' Rights

☐ **Joseph W. Beasley**      *Private Practice Lawyer, Labor and Employment Lawyer*

Josephs Jack, Grove Professional Building, 2950 S.W. 27th Avenue, Suite 100, Miami, Florida 33133-3765, (Miami-Dade Co.)

**Practice Area:** Trial Practice; Environmental Law; Labor and Employment Law; Securities Litigation; Eminent Domain; Complex Commercial Litigation; Appellate Practice

☐ **Aaron Behar**      *Private Practice Lawyer, Labor and Employment Lawyer*

Lydecker, Lee, Behar, Berga & De Zayas, L.L.C., 1201 Brickell Avenue, Suite 200, Miami, Florida 33131-3207, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Insurance Defense; Administrative Law

☐ **Peter E. Berlowe**      *Private Practice Lawyer, Labor and Employment Lawyer*

Assouline & Berlowe, P.A., 3250 Mary Street, Suite 308, Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Litigation; Commercial Law; Bankruptcy; Copyright Litigation; Patent Litigation; Employment Litigation; Personal Injury; Products Liability; Mediation; Construction Law

☐ **Mark J. Beutler**      *Private Practice Lawyer, Labor and Employment Lawyer*

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation

☐ **Stephen J. Binhak**      *Private Practice Lawyer, Labor and Employment Lawyer*

Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Criminal Law; Securities; Labor and Employment; Real Estate

☐ **Pedro ("Peter") A. Blanco**      *Private Practice Lawyer, Labor and Employment Lawyer*

Law Office of Peter A. Blanco, P.A., 7700 North Kendal Drive, Suite 306, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Real Estate; Corporate Law; Labor and Employment; Insurance

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Rachel Blechman** 🔵 🔵

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Law; Education Law

☐ **David E. Block**                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Jackson Lewis LLP, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3500, Miami, Florida 33131-2374, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **James M. Blue**                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Mark L. Bonfanti**                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **James S. Bramnick** 🔵                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Douglas G. Brehm**                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Karen A. Brimmer** 🔵                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Hinshaw & Culbertson LLP, Suite 1600, Dadeland Centre, 9155 South Dadeland Boulevard, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Employment Litigation; Commercial Litigation; Products Liability; Professional Liability; ERISA Litigation

☐ **Christopher D. Brown** 🔵                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Cozen O'Connor, A Professional Corporation, Wachovia Financial Center, 200 South Biscayne Boulevard Suite 4410, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Products Liability Litigation; Aviation Products Liability; Employment Law; Commercial Litigation; Election Law

[ Compare Selections ]                    **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

New Search    Modify Search

Martindale.com - Labor and Employment Attorneys, Lawyers and Law Firms - Miami, Florida... Page 22 of 67

**Compare Selections**

☐ **Lori A. Brown** ✔      *Private Practice Lawyer, Labor and Employment Lawyer*

Littler Mendelson, A Professional Corporation, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Bernardo Burstein**      *Private Practice Lawyer, Labor and Employment Lawyer*

Burstein & Associates, P.A., 12000 Biscayne Boulevard, Suite 508, Miami, Florida 33181, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Intellectual Property Litigation; Employment Litigation

☐ **Scott L. Cagan**      *Private Practice Lawyer, Labor and Employment Lawyer*

Katz Barron Squitero Faust, 2699 South Bayshore Drive, Seventh Floor, Miami, Florida 33133-5408, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Trade Secret Protection; Unfair Competition; Non-Compete Agreements; Lender Liability; Complex Commercial Litigation; Shareholder Disputes; Uniform Commercial Code

☐ **Daniel B. Caine**      *Private Practice Lawyer, Labor and Employment Lawyer*

Gaebe, Mullen, Antonelli, Esco & DiMatteo, 420 South Dixie Highway 3rd Floor (Coral Gables), Miami, Florida 33146, (Miami-Dade Co.)

**Practice Area:** Insurance Defense; Personal Injury; Employment Discrimination; Civil Litigation; Products Liability

☐ **Jose M. Camacho**      *Private Practice Lawyer, Labor and Employment Lawyer*

Rafferty, Stolzenberg, Gelles, Tenenholtz & Flynn, P.A., 1401 Brickell Avenue Suite 825, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Employment Litigation; Probate Litigation; General Practice; Real Property

☐ **Paul Augustus Capua**      *Private Practice Lawyer, Labor and Employment Lawyer*

Astigarraga Davis, 701 Brickell Avenue, 16th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation; International Litigation; Class Action Defense; Trial Practice

☐ **Gary M. Carman**      *Private Practice Lawyer, Labor and Employment Lawyer*

Gary M. Carman, P.A., Mellon Financial Center, 1111 Brickell Avenue, Suite 2050, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Corporate Advice; Employment Law; Banking and Finance

☐ **Kelly-Ann Gibbs Cartwright** ⬛      *Private Practice Lawyer, Labor and Employment Lawyer*

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Commercial Litigation



☐ **Michael W. Casey, III** 🖉 ✍    *Private Practice Lawyer, Labor and Employment Lawyer*

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Civil Litigation

☐ **Angel Castillo, Jr.** 🖉 ◉    *Private Practice Lawyer, Labor and Employment Lawyer*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Civil Litigation; Arbitration; International Arbitration

☐ **John J. Cavo**    *Private Practice Lawyer, Labor and Employment Lawyer*

Lane, Reese, Aulick, Summers & Ennis, P.A., Douglas Centre, Suite 304, 2600 Douglas Road, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Insurance Coverage; Civil Litigation; Truck Accidents; Employment Law; Motor Carrier Law; Motor Carrier Regulation

☐ **Sheila M. Cesarano** 🖉    *Private Practice Lawyer, Labor and Employment Lawyer*

Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Management Labor and Employment Law

☐ **Melanie S. Cherdack**    *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Broker-Dealer Arbitration; Securities Arbitration; Securities Fraud; Class Actions; NASD Arbitration; New York Stock Exchange Arbitration; International Commercial Arbitration; Investments; Broker-Dealer Employment Law

☐ **Melanie S. Cherdack**    *Private Practice Lawyer, Labor and Employment Lawyer*

Melanie S. Cherdack, 100 SE 2nd Street, Suite 4400, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Broker-Dealer Arbitration; Investment Fraud; Securities Arbitration; Securities Fraud; Class Actions; NYSE Arbitration; New York Stock Exchange Arbitration; International Commercial Arbitration; Investments; Broker-Dealer; Employment Law

☐ **Mark R. Cheskin** 🖉    *Private Practice Lawyer, Labor and Employment Lawyer*

Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Complex Employment Litigation; Class Action Defense

☐ **Laurie M. Chess**    *Private Practice Lawyer, Labor and Employment Lawyer*

Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., Courvoisier Centre II, 601 Brickell Key Drive, Suite 500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Immigration; Commercial Litigation



☐ **Héctor A. Chichoni**    *Private Practice Lawyer, Labor and Employment Lawyer*

Squire, Sanders & Dempsey L.L.P., Suite 4000, 200 South Biscayne Boulevard, Miami, Florida 33131-2398, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Immigration Law

☐ **Andrea B. Chirls**    *Private Practice Lawyer, Labor and Employment Lawyer*

Hinshaw & Culbertson LLP, Suite 1600, Dadeland Centre, 9155 South Dadeland Boulevard, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Consumer Law Litigation; Insurance Defense; First Party Insurance Litigation; Insurance Coverage; Large Scale Property Recovery Litigation; Appellate Practice; Labor and Employment Litigation; Product Liability Defense

☐ **Brent J. Chudachek**    *Private Practice Lawyer, Labor and Employment Lawyer*

Cohen & Rind, P.A., Andrew Jackson Building, 8100 Oak Lane, Suite 403 (Miami Lakes), Miami, Florida 33016, (Miami-Dade Co.)

**Practice Area:** Labor Relations; Employee Benefits; Civil Rights Defense; Employment Litigation; Discrimination Litigation; Employment Contracts; Commercial Litigation; Appellate Practice

☐ **Rachel S. Cohen**    *Private Practice Lawyer, Labor and Employment Lawyer*

Mase & Lara, P.A., 80 S.W. Eighth Street, Suite 2700, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Appellate Practice; Civil Trial Support; Litigation; Labor and Employment; Medical Malpractice; Insurance Defense

☐ **Ronald J. Cohen**    *Private Practice Lawyer, Labor and Employment Lawyer*

Cohen & Rind, P.A., Andrew Jackson Building, 8100 Oak Lane, Suite 403 (Miami Lakes), Miami, Florida 33016, (Miami-Dade Co.)

**Practice Area:** Labor Relations; Employee Benefits; Civil Rights Defense; Employment Law; Discrimination; Employment Contracts; Human Resources; Business Law; Commercial Litigation

☐ **Sherril M. Colombo**    *Private Practice Lawyer, Labor and Employment Lawyer*

Cozen O'Connor, A Professional Corporation, Wachovia Financial Center, 200 South Biscayne Boulevard Suite 4410, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Law; Commercial Litigation; Products Liability Litigation; Torts

☐ **Frank Colonnelli, Jr.**    *Private Practice Lawyer, Labor and Employment Lawyer*

Boyd Musteller Smith & Parker, P.L., 100 S. E. Second Street 36th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Construction Defects; Commercial Litigation; Debtor and Creditor; Directors and Officers Liability; Labor and Employment; Fair Debt Claims; Directors and Officers Errors and Omissions; Homeowners Association Litigation

☐ **Nancy A. Copperthwaite** 🟢 🔴    *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Appellate Litigation; Commercial Litigation; Employment Litigation; Securities

Litigation

☐ **Stephen M. Corse** 🐾                    *Private Practice Lawyer, Labor and Employment Lawyer*

White & Case, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida
33131-2352, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Business Torts; Employment Discrimination;
Fiduciary Relations; Banking Law; Construction Law; Arbitration, Mediation and Alternative Dispute
Resolution; Cross Border Litigation and Dispute Resolution

**Compare Selections**

<<Previous | 1 | **2** | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

New Search    Modify Search

<<Previous | 1 | 2 | **3** | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

**Compare Selections**

☐ **Gary A. Costales**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Law Office of Gary A. Costales, PA, 1401 Brickell Avenue Suite 825, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **James C. Crosland**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Bonnie S. Crouch**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Seipp & Flick LLP, Two Alhambra Plaza, Suite 800, Miami, Florida 33134-5214, (Miami-Dade Co.)

**Practice Area:** Products Liability; Civil Litigation; Employment Law

☐ **Tania Cruz**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Squire, Sanders & Dempsey L.L.P., Suite 4000, 200 South Biscayne Boulevard, Miami, Florida 33131-2398, (Miami-Dade Co.)

**Practice Area:** Litigation; International Arbitration; Labor and Employment; Immigration Law

☐ **Karen Haynes Curtis**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Clarke Silverglate & Campbell, P.A., 799 Brickell Plaza Suite 900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Appellate Practice; Commercial Litigation; Employment Law; Insurance Practice

☐ **Manu L. Davidson**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Rumberger, Kirk & Caldwell, Professional Association, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, Florida 33130-3047, (Miami-Dade Co.)

**Practice Area:** Products Liability; Professional Liability; Labor and Employment; Insurance Coverage

☐ **Norman Davis**  🈸                              *Private Practice Lawyer, Labor and Employment Lawyer*

Squire, Sanders & Dempsey L.L.P., Suite 4000, 200 South Biscayne Boulevard, Miami, Florida 33131-2398, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Litigation

☐ **Jeffrey D. DeCarlo**                              *Private Practice Lawyer, Labor and Employment Lawyer*

Foley & Mansfield PLLP, 4770 Biscayne Boulevard, Suite 1000, Miami, Florida 33137, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Construction Law; Employment Law; Product Liability; Insurance Coverage; Insurance Litigation

☐ **Adrian C. Delancy**      *Private Practice Lawyer, Labor and Employment Lawyer*

Markowitz, Davis, Ringel & Trusty, P.A., Two Datran Center, Suite 1225, 9130 South Dadeland Boulevard, Miami, Florida 33156-7849, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Labor and Employment Law; Bankruptcy Litigation

☐ **Jacqueline M. De Leon**     *Private Practice Lawyer, Labor and Employment Lawyer*

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Insurance Coverage

☐ **David M. DeMaio** 🌑 (FR)    *Private Practice Lawyer, Labor and Employment Lawyer*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Litigation and Counseling; Civil Rights; Constitutional Law

☐ **Karen Podhurst Dern** 🌑    *Private Practice Lawyer, Labor and Employment Lawyer*

Podhurst, Orseck, P.A., Suite 800 City National Bank Building, 25 West Flagler Street, Miami, Florida 33130-1780, (Miami-Dade Co.)

**Practice Area:** Personal Injury and Wrongful Death Litigation; Commercial Litigation; Employment Discrimination

☐ **Edward Diaz** 🌑 (FR)    *Private Practice Lawyer, Labor and Employment Lawyer*

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Commercial Litigation

☐ **Victor M. Diaz, Jr.** 🌑    *Private Practice Lawyer, Labor and Employment Lawyer*

Podhurst, Orseck, P.A., Suite 800 City National Bank Building, 25 West Flagler Street, Miami, Florida 33130-1780, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Aviation Litigation; Products Liability Litigation; Personal Injury and Wrongful Death Litigation; Labor and Employment Litigation; Complex Civil Litigation

☐ **Leona Dudley** ✍    *Private Practice Lawyer, Labor and Employment Lawyer*

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Employment Litigation

☐ **Sherryll Martens Dunaj**    *Private Practice Lawyer, Labor and Employment Lawyer*

Stephens Lynn Klein LaCava Hoffman & Puya, P.A., Penthouse II, 9130 South Dadeland Boulevard, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Insurance Defense; Employment Law; Civil Rights; Insurance Coverage

☐ **Richard M. Dunn** 🌑    *Private Practice Lawyer, Labor and Employment Lawyer*

Cozen O'Connor, A Professional Corporation, Wachovia Financial Center, 200 South Biscayne Boulevard Suite 4410, Miami, Florida 33131, (Miami-Dade Co.)



**Practice Area:** Commercial Litigation; Products Liability Litigation; Aviation Products Liability; Torts; Employment Law

**Robert M. Einhorn**                                      *Private Practice Lawyer, Labor and Employment Lawyer*

Zarco Einhorn Salkowski & Brito, P.A., International Place, Suite 2700, 100 S.E. 2nd Street, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Franchise Law; Franchise Licensing; Dealership Law; Business Start-Ups; Litigation; Arbitration; Mediation; Trademark Litigation; Unfair Trade; Business Litigation; Employment Law; Employment Litigation; Legal Malpractice Litigation

**Susan Nadler Eisenberg**                                 *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Commercial Litigation

**Jennifer D. Ellis**                                      *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation

**Juan C. Enjamio**                                        *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Labor and Employment Litigation

**Ileana M. Espinosa**                                     *Private Practice Lawyer, Labor and Employment Lawyer*

Katz Barron Squitero Faust, 2699 South Bayshore Drive, Seventh Floor, Miami, Florida 33133-5408, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Commercial Litigation; Bankruptcy; Construction Law; Real Estate; Employment Law

**Anne Marie Estevez**                                     *Private Practice Lawyer, Labor and Employment Lawyer*

Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Robert Wayne Evans**                                     *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

**Stephanie E. Farrell**                                   *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Civil Rights; Commercial Law; Contracts; Litigation

**Compare Selections**

<<Previous | 1 | 2 | **3** | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

New Search   Modify Search

Miami, Florida (FL) Labor and Employment Attorneys, Lawyers and Law Firms 10/2007... Page 3 of 5

<<Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

**Compare Selections**

☐ **Lawrence D. Felder** 🏅      *Private Practice Lawyer, Labor and Employment Lawyer*

Allocca & Felder, P.A., 28 W. Flagler Street, Eleventh Floor, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Civil Practice; Personal Injury; Insurance Litigation; Commercial Litigation; Labor Law; Landlord and Tenant Law; Condominium Law; Construction Law; Complex Business Litigation; Probate Administration; Litigation

☐ **Martin E. Feldman**      *Private Practice Lawyer, Labor and Employment Lawyer*

Lehr Fischer & Feldman, 1401 Brickell Avenue, Suite 910, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Litigation; Divorce; Probate Litigation

☐ **Ferman M. Fernandez**      *Private Practice Lawyer, Labor and Employment Lawyer*

Quintairos, Prieto, Wood & Boyer, P.A., 9200 South Dadeland Boulevard, Suite PH-825, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Regulatory Law; Noncompete Litigation; Personal Injury Defense; Workers' Compensation; General Liability Defense

☐ **Paul H. Field**      *Private Practice Lawyer, Labor and Employment Lawyer*

Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A., 113 Almeria Avenue, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Appellate Practice; Federal Practice; Insurance Coverage; General Negligence; Professional Liability; Products Liability; Premises Liability; Class Actions; Insurance Bad Faith; Employment Discrimination

☐ **Rebecca H. Fischer**      *Private Practice Lawyer, Labor and Employment Lawyer*

Lehr Fischer & Feldman, 1401 Brickell Avenue, Suite 910, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Discrimination; Corporate Law; Trusts and Estates; Probate

☐ **Neil Flaxman**      *Private Practice Lawyer, Labor and Employment Lawyer*

Neil Flaxman Professional Association, 550 Biltmore Way, Suite 780 (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Labor Law; Employment Law; Governmental Law; Administrative Law

☐ **Joseph Z. Fleming** 🏅      *Private Practice Lawyer, Labor and Employment Lawyer*

Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation; Environmental and Natural Resources; Entertainment, Arts and Sports Law; Media Law; Intellectual Property; Libel and Slander; Defamation; Constitutional Law

☐ **York Milligan Flik** 🌐      *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

**Scott A. Forman**   *Private Practice Lawyer, Labor and Employment Lawyer*
Littler Mendelson, A Professional Corporation, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Commercial Litigation; Corporate Transactions

**Pedro P. Forment**   *Private Practice Lawyer, Labor and Employment Lawyer*
Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employer Liability; Employer Rights; Employment Discrimination; Family and Medical Leave Act; Title VII Discrimination; OSHA; Toxic Torts; Workplace Environmental Law; Title III Litigation; Americans with Disabilities Act

**Tammy Fox-Isicoff**   *Private Practice Lawyer, Labor and Employment Lawyer*
Rifkin and Fox-Isicoff, 1110 Brickell Avenue, Suite 210, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Immigration and Nationality Law; Business Immigration; Citizenship; Consular Law; Deportation; Diplomatic Immunity; Employment Authorizations; Employment Immigration; Employment Visas; Family Immigration Law; Immigration Discrimination

**Roberta F. Fox**   *Private Practice Lawyer, Labor and Employment Lawyer*
Law Offices of Roberta F. Fox, P.A., 2900 SW 28th Terrace Grove Plaza, First Floor, Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Family Law; Employment Law

**Dolores Francis**   *Private Practice Lawyer, Labor and Employment Lawyer*
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 Museum Tower, 150 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Ellen C. Freidin**   *Private Practice Lawyer, Labor and Employment Lawyer*
Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Discrimination; Harassment; Commercial Litigation

**Juan Carlos Freire**   *Private Practice Lawyer, Labor and Employment Lawyer*
Rifkin and Fox-Isicoff, 1110 Brickell Avenue, Suite 210, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Immigration; Visas; Political Asylum; Deportation; Immigration and Naturalization; Business Immigration; Citizenship; Consular Law; Diplomatic Immunity; Employment Authorizations; Employment Immigration; Employment Visas; Family Immigration Law

**Kathryn M. Fried**   *Private Practice Lawyer, Labor and Employment Lawyer*
Lash & Goldberg LLP, Bank of America Tower Suite 1200, 100 Southeast Second Street, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Litigation; Civil Litigation

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Jeremy D. Friedman**
Downs Brill & Whitehead, 55 Miracle Mile Suite 200, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Law; Intellectual Property; Personal Injury; Civil Litigation

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **John P. Fuller**
Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard Suite 609, Miami, Florida 33181, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Wrongful Death; Real Property; Disabled Access; Americans with Disabilities Act

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **Lawrence A. Fuller**
Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard Suite 609, Miami, Florida 33181, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Disabled Access; Medical Malpractice; Optometric Malpractice; Wrongful Death; Americans with Disabilities Act

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **James A. Gale**
Feldman Gale, P.A., One Biscayne Tower, 30th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Intellectual Property; Patent Litigation; Trademark Infringement; Copyright Infringement; Restrictive Covenants; Theft of Trade Secrets; Drug and Medical Device Defense

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **Joseph A. Garcia**
Boyd Musteller Smith & Parker, P.L., 100 S. E. Second Street 36th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment and Labor; Directors and Officers Errors and Omissions; Insurance Coverage; Professional Liability

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **Leopoldo Garcia, Jr.**
Angones, McClure & Garcia, P.A., Courthouse Tower, Eighth Floor, 44 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Workers Compensation; Employment Law

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **Keith R. Gaudioso**
Goldstein, Tanen & Trench, P.A., One Biscayne Tower, Suite 3700, Two South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Insurance Litigation; Federal Civil Practice; Civil Litigation; Insurance Torts; Civil Fraud; Wrongful Termination; Complex Commercial Litigation; Complex Business Litigation

*Private Practice Lawyer, Labor and Employment Lawyer*
☐ **Jared Gelles**
Rafferty, Stolzenberg, Gelles, Tenenholtz & Flynn, P.A., 1401 Brickell Avenue Suite 825, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Employment Litigation; Probate Litigation; General Practice;

Real Property

☐ **Arnold R. Gellman** 🏛️                    *Private Practice Lawyer, Labor and Employment Lawyer*

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation; Personal Injury

[ Compare Selections ]

New Search   Modify Search



☐ **George Z. Goldberg**                     *Private Practice Lawyer, Labor and Employment Lawyer*

Law Offices Goldberg & Dohan, L.L.P., 1001 Brickell Bay Drive, Suite 1508, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Workers Compensation; Wrongful Death; Insurance Coverage; Nursing Home Abuse and Neglect; Wage and Hour Law; Products Liability

☐ **David H. Gold**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Goldfarb & Gold, P.A., Suite 3900 Bank of America Tower, 100 Southeast 2nd Street, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Wrongful Death; Products Liability; Medical Malpractice; Nursing Home Abuse and Neglect; Sexual Harassment; Employment Discrimination

☐ **Glen R. Goldsmith**                      *Private Practice Lawyer, Labor and Employment Lawyer*

Goldsmith & Atlas, P.A., Two Datran Center, 9130 South Dadeland Boulevard, Suite 1509, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Premises Liability; Consumer Law; Employment Defense

☐ **Rodolfo Gomez**       *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **René J. González-LLorens**    *Private Practice Lawyer, Labor and Employment Lawyer*

Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation

☐ **Catherine C. Grieve**                    *Private Practice Lawyer, Labor and Employment Lawyer*

Goldstein, Tanen & Trench, P.A., One Biscayne Tower, Suite 3700, Two South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Commercial Litigation; Appellate Practice; Civil Litigation; Employment Litigation; Family Law

☐ **Mark E. Grimes**                         *Private Practice Lawyer, Labor and Employment Lawyer*

Golden & Grimes LLP, Suite 1550, 9350 South Dixie Highway, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Products Liability; Personal Injury Defense; Insurance Defense; Employment Litigation

☐ **Edward G. Guedes**    *Private Practice Lawyer, Labor and Employment Lawyer*

Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Appellate; Labor and Employment; Land Use and Zoning

☐ **Harvey W. Gurland, Jr.**    *Private Practice Lawyer, Labor and Employment Lawyer*

Duane Morris LLP, 200 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131-2397, (Miami-Dade Co.)

**Practice Area:** Litigation; Petroleum Marketing; Toxic Torts; Employment Law; Environmental Law; Commercial Litigation

☐ **Ellen C. Ham**                          *Private Practice Lawyer, Labor and Employment Lawyer*
Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **W. Russell Hamilton, III** 🌐          *Private Practice Lawyer, Labor and Employment Lawyer*
Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Christopher P. Hammon** 🌐            *Private Practice Lawyer, Labor and Employment Lawyer*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment and Labor Litigation and Counseling; Commercial Litigation; International Law

☐ **Steven M. Harris**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Steven M. Harris, P.O. Box 330849, Miami, Florida 33233, (Miami-Dade Co.)

**Practice Area:** Federal Tax Controversies; Tax Fraud; Tax Audits; Tax Evasion; Criminal Taxation; Grand Jury Practice; Civil Forfeiture; Law Enforcement Disciplinary Proceedings

☐ **Roy M. Hartman**                       *Private Practice Lawyer, Labor and Employment Lawyer*
Sacher, Zelman, Hartman Paul, Beiley & Rolnick, P.A., 1401 Brickell Avenue, Suite 700, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Securities Litigation; Accountants Liability; Bankruptcy; Banking and Creditors Rights; Employment Contracts; Noncompete Litigation; Trials and Litigation

☐ **Denise M. Heekin** 🌐                  *Private Practice Lawyer, Labor and Employment Lawyer*
Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Wayne L. Helsby** 🌐                   *Private Practice Lawyer, Labor and Employment Lawyer*
Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Rosana E. Hernandez**                  *Private Practice Lawyer, Labor and Employment Lawyer*
Gilbride, Heller & Brown, P.A., One Biscayne Tower 15th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)



**Practice Area:** Commercial Litigation; Civil Litigation; Health Care; Employment Litigation; Insurance Defense; Appellate Practice; Medicare Fraud and Abuse

☐ **Araly Herrera-Borgen**            *Private Practice Lawyer, Labor and Employment Lawyer*

Gamba & Lombana, P.A., Mezzanine, 2701 Ponce de Leon Boulevard (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Medical Malpractice; Nursing Home Negligence; Wrongful Death; Admiralty Law; Labor Law; Commercial Litigation

☐ **Samuel S. Heywood**            *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Labor and Employment

☐ **Dale R. Hightower**            *Private Practice Lawyer, Labor and Employment Lawyer*

Hightower & Partners, 4770 Biscayne Boulevard Suite 1200, Miami, Florida 33137, (Miami-Dade Co.)

**Practice Area:** Alcoholic Beverages; Automobile Negligence; Construction Law; Contracts; Disabilities; Environmental Law; General Liability; Insurance; Insurance Defense; Labor and Employment; Libel, Slander and Defamation; Litigation; Personal Injury

☐ **Marilyn J. Holifield**            *Private Practice Lawyer, Labor and Employment Lawyer*

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Law; Products Liability Law; Defamation

☐ **Adam D. Horowitz**            *Private Practice Lawyer, Labor and Employment Lawyer*

Herman & Mermelstein P.A., 18205 Biscayne Boulevard, Suite 2218, Miami, Florida 33160, (Miami-Dade Co.)

**Practice Area:** Sexual Abuse; Employment Litigation; Education Law; Overtime Pay

☐ **Lewis N. Jack, Jr.**            *Private Practice Lawyer, Labor and Employment Lawyer*

Josephs Jack, Grove Professional Building, 2950 S.W. 27th Avenue, Suite 100, Miami, Florida 33133-3765, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Wrongful Death; Medical Malpractice; Products Liability; Commercial Litigation; Legal Malpractice; Insurance Law; Employment Law; Insurance Bad Faith

☐ **Jeffrey I. Jacobs**            *Private Practice Lawyer, Labor and Employment Lawyer*

Malca & Jacobs, P.A., 5975 Sunset Drive, Suite 801, Miami, Florida 33143, (Miami-Dade Co.)

**Practice Area:** Workers' Compensation; Personal Injury; ERISA; Fair Labor Standards Act

☐ **Douglas J. Jeffrey**            *Private Practice Lawyer, Labor and Employment Lawyer*

Gilbride, Heller & Brown, P.A., One Biscayne Tower 15th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Civil Litigation; Employment Litigation; Construction

Litigation; Professional Malpractice; Securities Litigation; Religious Institutions; Insurance Coverage; Insurance Bad Faith; Business Torts

Compare Selections

<<Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

New Search   Modify Search

**Compare Selections**

☐ **Maura F. Jennings**        *Private Practice Lawyer, Labor and Employment Lawyer*

J. Patrick Fitzgerald & Associates, P.A., 110 Merrick Way (Coral Gables) Suite 3B, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Employment Law; Civil Litigation

☐ **Elizabeth Pryor Johnson**      *Private Practice Lawyer, Labor and Employment Lawyer*

Fowler White Burnett P.A., Espirito Santo Plaza, 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131-3302, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Kristy M. Johnson** 🖋 📞      *Private Practice Lawyer, Labor and Employment Lawyer*

Carlton Fields, P.A., 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131-2114, (Miami-Dade Co.)

**Practice Area:** Health Law; Fair Labor Standards; Labor and Employment; Professional Licensing; Health Care Compliance; Health Care; Administrative Law; General Commercial Litigation

☐ **Eli Kaplan**      *Private Practice Lawyer, Labor and Employment Lawyer*

Kaplan and Miller, PA, 999 Ponce de Leon Boulevard, Suite 20, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Personal Injury Law; Slip and Fall; Automobile Accidents and Injuries; Wrongful Death; Medical Malpractice; Products Liability; Insurance; Nursing Home Liability; Workers Compensation; Wrongful Termination

☐ **Diane Wagner Katzen**      *Private Practice Lawyer, Labor and Employment Lawyer*

Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Employment Litigation; Probate Litigation; Federal Litigation; Trial Practice; Mediation

☐ **Martin J. Keane, Jr.**      *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Labor and Employment; Bankruptcy

☐ **Nina Greene Kersh**      *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Franchise Litigation; Franchise Regulation; Commercial Litigation; Labor and Employment; Litigation

☐ **Bona M. Kim**      *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)



**Practice Area:** Labor and Employment

☐ **James E. Kirtley, Jr.**     *Private Practice Lawyer, Labor and Employment Lawyer*
Jorden Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Class Actions; Labor and Employment

☐ **Jason Klein**     *Private Practice Lawyer, Labor and Employment Lawyer*
Bales Sommers & Klein, P.A., One Biscayne Tower, 2 South Biscayne Boulevard Suite 1881, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Professional Liability; Commercial Litigation; Labor and Employment; Real Property Litigation; Legal Malpractice Litigation; Accounting Malpractice Litigation; Securities Litigation; Personal Injury Litigation; Nursing Home Litigation

☐ **Kellee J. Knepper**     *Private Practice Lawyer, Labor and Employment Lawyer*
Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation

☐ **Christopher E. Knight**     *Private Practice Lawyer, Labor and Employment Lawyer*
Fowler White Burnett P.A., Espirito Santo Plaza, 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131-3302, (Miami-Dade Co.)

**Practice Area:** Employment Law; Trademark Litigation; Copyright Litigation

☐ **Nailah Shani Knight**     *Private Practice Lawyer, Labor and Employment Lawyer*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Abigail H. Kofman**     *Private Practice Lawyer, Labor and Employment Lawyer*
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 Museum Tower, 150 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Brian Koji**     *Private Practice Lawyer, Labor and Employment Lawyer*
Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Judith M. Korchin**     *Private Practice Lawyer, Labor and Employment Lawyer*
Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** General Litigation; Ad Valorem Tax Litigation; Employment Law; Intellectual Property Litigation; Computer Software

☐ **Lawrence B. Lambert**     *Private Practice Lawyer, Labor and Employment Lawyer*

Lash & Goldberg LLP, Bank of America Tower Suite 1200, 100 Southeast Second Street, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Litigation; Franchise Litigation; Health Care Litigation

☐ **Michael T. Landen**  *Private Practice Lawyer, Labor and Employment Lawyer*

Kluger, Peretz, Kaplan & Berlin, P.L., Miami Center - 17th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Employment Law

☐ **Chad K. Lang**  *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Wage and Hour Law; Employment Discrimination; Retaliatory Discharge; Americans with Disabilities Act; Alternative Dispute Resolution; Sexual Harassment; Noncompetition and Non-Solicitation Agreements

☐ **Richard David Lara**  *Private Practice Lawyer, Labor and Employment Lawyer*

Mase & Lara, P.A., 80 S.W. Eighth Street, Suite 2700, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Employment Contracts; Commercial Contracts; Florida's Deceptive and Unfair Trade Practices Act; Americans with Disabilities Act; Title VII; Construction; Labor Disputes; Condominium Law; Intellectual Property; Trademark Law; Collective Bargaining

☐ **Robert E. Larkin III**  *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Deborah A. Lee**  *Private Practice Lawyer, Labor and Employment Lawyer*

Lydecker, Lee, Behar, Berga & De Zayas, L.L.C., 1201 Brickell Avenue, Suite 200, Miami, Florida 33131-3207, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Contracts; Insurance Defense; Labor and Employment; Professional Malpractice

☐ **Todd R. Legon**  *Private Practice Lawyer, Labor and Employment Lawyer*

Legon Ponce & Fodiman, P.A., 1111 Brickell Avenue, Suite 2150, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Telecommunications Law; Aviation Law; Technology Disputes; Class Actions; Employment Law; Environmental Law; Franchise Law; Insurance; Commercial Law; Appellate Practice

☐ **Jose I. Leon**  *Private Practice Lawyer, Labor and Employment Lawyer*

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Insurance Coverage

☐ **Brian L. Lerner**                    *Private Practice Lawyer, Labor and Employment Lawyer*

Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation

**Compare Selections**

<<Previous | 1 | 2 | 3 | 4 | 5 | **6** | 7 | 8 | 9 | 10 | Next>>

New Search   Modify Search

☐ **Edward W. Levine**   *Private Practice Lawyer, Labor and Employment Lawyer*

Wagenfeld Levine, 9100 S. Dadeland Boulevard, Suite 1800, Miami, Florida 33156-7817, (Miami-Dade Co.)

**Practice Area:** Self Insured Defense; Employer Liability; Workers Compensation; Premises Liability; Automobile Liability; General Liability; Professional Malpractice; Insurance Defense

☐ **Mark E. Levitt** 🕮   *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Jay M. Levy**   *Private Practice Lawyer, Labor and Employment Lawyer*

Jay M. Levy, Two Datran Center, 9130 South Dadeland Boulevard Suite 1510, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Employment Law; Civil Rights; Appellate Practice; Family Law; Commercial Litigation; Insurance Defense; Personal Injury

☐ **Alejandro Londono**   *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Jose A. Loredo** 🕮 🕮   *Private Practice Lawyer, Labor and Employment Lawyer*

Carlton Fields, P.A., 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131-2114, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation; Real Estate Litigation; Creditor Bankruptcy; International Trade and Transactions

☐ **Joel V. Lumer**   *Private Practice Lawyer, Labor and Employment Lawyer*

Adams, Adams & Baca, 155 South Miami Avenue, 9th Floor, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Appellate Law; Employment Law; Commercial Litigation; Federal Litigation; Bad Faith

☐ **Wallace C. Magathan, III**   *Private Practice Lawyer, Labor and Employment Lawyer*

Daniels, Kashtan, Downs, Robertson & Magathan, 3300 Ponce De Leon Boulevard, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Aviation and Aerospace; Construction Law; Environmental Law; Labor and Employment Law; Insurance Defense

☐ **Mitchell W. Mandler**   *Private Practice Lawyer, Labor and Employment Lawyer*

Becker & Poliakoff, P.A., Alhambra Towers, 121 Alhambra Plaza 10th Floor (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Securities Litigation; Insurance Coverage; Shareholder Disputes; Noncompete Litigation; Matrimonial Law; Family Law

☐ **Donny Marin**   *Private Practice Lawyer, Labor and Employment Lawyer*

Houck Anderson, 200 South Biscayne Boulevard Suite 300, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Professional Liability; Directors and Officers Errors and Omissions; Homeowners Association Laws; Condominium Association Litigation; Labor and Employment; Personal Injury; Wrongful Death; Nursing Home Litigation; Product Liability

☐ **Oscar E. Marrero**   *Private Practice Lawyer, Labor and Employment Lawyer*

Law Offices of Oscar E. Marrero, 2600 Douglas Road, Penthouse 4 (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Premises Liability; Civil Rights; Employment Discrimination; Municipal Liability

☐ **Mia R. Martin**   *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Curtis J. Mase**   *Private Practice Lawyer, Labor and Employment Lawyer*

Mase & Lara, P.A., 80 S.W. Eighth Street, Suite 2700, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Civil Litigation; Class Action Defense; Commercial Litigation; Admiralty and Maritime Law; Aviation; Personal Injury; Casualty; Malpractice; Product Liability; Labor and Commercial Claims

☐ **Michael Mattimore** ⬤   *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Jason S. Mazer**   *Private Practice Lawyer, Labor and Employment Lawyer*

Ver Ploeg & Lumpkin, P.A., Suite 2150, 100 Southeast Second Street, Miami, Florida 33131-2151, (Miami-Dade Co.)

**Practice Area:** Insurance Litigation; Insurance Bad Faith; Unfair Insurance Practice; Insurance Coverage; Appellate Practice; Commercial Litigation; Employment Discrimination; Employment Law; Employment Litigation; Employment Practices Liability Insurance

☐ **Neil F. McGuinness**   *Private Practice Lawyer, Labor and Employment Lawyer*

Neil F. McGuinness PA, 11645 Biscayne Boulevard, Suite 400, Miami, Florida 33181, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Litigation; Employment Advice

☐ **John W. McLuskey** ⬤   *Private Practice Lawyer, Labor and Employment Lawyer*

McLuskey & McDonald, P.A., The Barrister Building, 8821 S.W. 69th Court, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Medical Malpractice; Commercial Litigation; Employment Law; Insurance Coverage; Disability Insurance

**Maria Cespedes Medina**      *Private Practice Lawyer, Labor and Employment Lawyer*

Berk, Merchant & Sims, PLC, 2100 Ponce de Leon Boulevard Penthouse 1, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Insurance Defense; Liability Defense; Insurance Coverage Litigation; Real Estate Transactions

**Terri Meyers, P.A.**      *Private Practice Lawyer, Labor and Employment Lawyer*

Kluger, Peretz, Kaplan & Berlin, P.L., Miami Center - 17th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Intellectual Property; Employment Law

**Jonathan Marc Midwall**      *Private Practice Lawyer, Labor and Employment Lawyer*

Cole, Scott & Kissane, P.A., Pacific National Bank Building, 1390 Brickell Avenue, 3rd Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Medical Malpractice; Products Liability; Elder Law Litigation; Premises Liability; Condominium Law; Employment Law; Discrimination; Commercial Real Estate Litigation; Real Estate Litigation; Litigation; Wrongful Death; Catastrophic Injury

**Brooks C. Miller**      *Private Practice Lawyer, Labor and Employment Lawyer*

Brooks C. Miller, P.A., Wachovia Financial Center Suite 1690, 200 South Biscayne Boulevard, Miami, Florida 33131-2311, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Business Transactions; Employment Law; Aviation; International Law

**David C. Miller**      *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Helen Leen Miranda**      *Private Practice Lawyer, Labor and Employment Lawyer*

Josephs Jack, Grove Professional Building, 2950 S.W. 27th Avenue, Suite 100, Miami, Florida 33133-3765, (Miami-Dade Co.)

**Practice Area:** Personal Injury; Wrongful Death; Products Liability; Commercial Litigation; Legal Malpractice; Insurance Law; Employment Law

**David B. Mishael**      *Private Practice Lawyer, Labor and Employment Lawyer*

David B. Mishael, P.A., Suite 315 8603 South Dixie Highway, Miami, Florida 33143, (Miami-Dade Co.)

**Practice Area:** Federal and State Civil Trial Practice; Government Tort Liability; Medical Malpractice; Personal Injury; Wrongful Death; Products Liability; Civil Rights; Employment Discrimination; Commercial Torts

**Susan M. Mohorcic**      *Private Practice Lawyer, Labor and Employment Lawyer*

Payton & Associates, LLC, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1600, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Commercial Litigation

☐ **H. James Montalvo**                    *Private Practice Lawyer, Labor and Employment Lawyer*

Nagin, Gallop & Figueredo, P.A., 18001 Old Cutler Road, Suite 556, Miami, Florida 33157, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Real Estate Litigation; Intellectual Property Law; Employment Law; Municipal Law

`Compare Selections`

<<Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next>>

New Search    Modify Search

☐ **Maria C. Montenegro**                      *Private Practice Lawyer, Labor and Employment Lawyer*

Carlton Fields, P.A., 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131-2114, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Securities Litigation; Professional Liability Defense; Insurance Litigation; Civil Practice; Trial Practice; Appellate Practice; Labor and Employment; Civil Rights; Family Law; Civil Litigation

☐ **Nicolas Montes**                           *Private Practice Lawyer, Labor and Employment Lawyer*

Marcell Felipe Attorneys & International Lawyers, 1401 Brickell Avenue, Suite 500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Corporate Law; Copyrights; Labor and Employment; International Trade; Communications and Media

☐ **Grace M. Mora**                            *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Age Discrimination in Employment; Confidentiality Agreements; Covenants Not To Compete; Employee Discipline; Employee Leasing; Employee Drug Testing; Employer Intentional Torts; Employer Liability; Employer Rights

☐ **Niza M. Motola**                           *Private Practice Lawyer, Labor and Employment Lawyer*

Littler Mendelson, A Professional Corporation, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Michael J. Napoleone**                     *Private Practice Lawyer, Labor and Employment Lawyer*

Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Complex Commercial Litigation; Employment Contracts; Entertainment Litigation

☐ **Dorothy G. Negrin**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Rumberger, Kirk & Caldwell, Professional Association, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, Florida 33130-3047, (Miami-Dade Co.)

**Practice Area:** Casualty Insurance Defense; Commercial Litigation; Labor and Employment; Professional Liability

☐ **Mark J. Neuberger** 🏅 📖                    *Private Practice Lawyer, Labor and Employment Lawyer*

Buchanan Ingersoll & Rooney PC, Bank of America Tower, 100 S.E. Second Street, 34th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Employment Litigation; Media Law; Electronic Security Licensing

☐ **Robert L. Norton** 📖                        *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)



**Practice Area:** Labor and Employment Law

☐ **Susan Potter Norton**      *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Ellen Novoseletsky**     *Private Practice Lawyer, Labor and Employment Lawyer*

Hicks & Kneale, P.A., 799 Brickell Plaza, Suite 900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Insurance Defense; Personal Injury; Employment Litigation; Commercial Litigation

☐ **Ana Laura Olman**     *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Lou Ordoñez**     *Private Practice Lawyer, Labor and Employment Lawyer*

Wagenfeld Levine, 9100 S. Dadeland Boulevard, Suite 1800, Miami, Florida 33156-7817, (Miami-Dade Co.)

**Practice Area:** Automobile Liability Defense; Casualty Insurance Defense; First and Third Party Insurance Defense; General Liability Defense; Insurance Bad Faith Defense; Medical Malpractice Defense; Construction Defects; Premises Liability; Negligent Security

☐ **Irene Oria**     *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Litigation; Civil Litigation; Complex Litigation; Trial Practice; Federal Litigation; Federal Civil Litigation; International Litigation; White Collar Criminal Defense; White Collar Fraud; Tort Defense; Products Liability Defense

☐ **Robert C. Owens**     *Private Practice Lawyer, Labor and Employment Lawyer*

Robert C. Owens, P.A., AvLaw, 6630 SW 50th Terrace, Miami, Florida 33155, (Miami-Dade Co.)

**Practice Area:** Aviation Litigation; Complex Commercial; Insurance Litigation; Creditor's Rights; Collection; Business Organization; Airline Labor Law

☐ **Tasos C. Paindiris**     *Private Practice Lawyer, Labor and Employment Lawyer*

Jackson Lewis LLP, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3500, Miami, Florida 33131-2374, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Gregory M. Palmer**     *Private Practice Lawyer, Labor and Employment Lawyer*

Rumberger, Kirk & Caldwell, Professional Association, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, Florida 33130-3047, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Aviation Law; Aviation Litigation; Casualty Insurance Defense; Labor and Employment; Products Liability; Professional Liability

☐ **Eileen L. Parsons**                                           *Private Practice Lawyer, Labor and Employment Lawyer*

Ver Ploeg & Lumpkin, P.A., Suite 2150, 100 Southeast Second Street, Miami, Florida 33131-2151, (Miami-Dade Co.)

**Practice Area:** Insurance Litigation; Insurance Coverage; Insurance Bad Faith; Commercial Torts; Commercial Litigation; Employment Litigation; Appellate Practice; Alternative Dispute Resolution; Managed Care Litigation; Health Insurance Litigation

☐ **Shelby K. Pasarell**                                          *Private Practice Lawyer, Labor and Employment Lawyer*

Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Litigation; Securities Litigation; Shareholder Derivative Actions; Class Action Defense; Labor and Employment

☐ **Leon N. Patricios**                                           *Private Practice Lawyer, Labor and Employment Lawyer*

Zumpano Patricios & Winker P.A., 999 Ponce De Leon Boulevard, Penthouse 1110 (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Labor and Employment Law; Family Law

☐ **Arvin Peltz**                                                 *Private Practice Lawyer, Labor and Employment Lawyer*

Arvin Peltz, 3250 Mary Street, Suite 500, Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Commercial Real Estate; Hotel and Resort Development; Residential Real Estate; Business Law; Casino Law; Commercial Contracts; Commercial Loans; Lender Law

☐ **Paul F. Penichet**                                            *Private Practice Lawyer, Labor and Employment Lawyer*

Paul F. Penichet, P.A., 19 West Flagler Street, Suite 907, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Employment Law; Civil Litigation; Unfair Trade; Criminal Litigation

☐ **Allie Hernandez Pennie**                                      *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Labor and Employment

☐ **Jonathan E. Perlman**                                         *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Franchise Litigation; Employment Litigation; Commercial Litigation; Commercial Arbitration; Securities Litigation; Class Actions

☐ **Richard M. Pierro, Jr.**                                      *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Gary W. Pollack**                                             *Private Practice Lawyer, Labor and Employment Lawyer*

Gary W. Pollack, P.A., 1260 Suntrust International Center, One Southeast Third Avenue, Miami,

Florida 33131, (Miami-Dade Co.)

**Practice Area:** Corporate Litigation; Business Litigation; Probate Litigation; Commercial Litigation; Fraud; Securities Arbitration; Real Estate Litigation; Business Enterprises; Small Business Law; Consumer Law; Consumer Fraud; Debt; Credit; Collections

Compare Selections

<<Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **8** | 9 | 10 | Next>>

New Search   Modify Search



**Compare Selections**

☐ **Ingrid Ponce**        *Private Practice Lawyer, Labor and Employment Lawyer*

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 Museum Tower, 150 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **William E. Powers, Jr., (P.A.)**     *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor Law; Employment Law

☐ **Peter Prieto** 🏅 🏅     *Private Practice Lawyer, Labor and Employment Lawyer*

Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Civil Litigation; White Collar Criminal Defense; Employment Litigation; Antitrust

☐ **Marlene Quintana** 🏅     *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **William R. Radford** 🏅     *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Alternative Dispute Resolution; Arbitration; Class Actions; Contracts; Torts; Insurance Defense; Labor and Employment; Employer Liability; Employment Termination; Employment Rights; Executive Employment Law; Equal Employment Opportunity Law

☐ **Francisco Ramos, Jr.**     *Private Practice Lawyer, Labor and Employment Lawyer*

Clarke Silverglate & Campbell, P.A., 799 Brickell Plaza Suite 900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Class Actions; Commercial Litigation; Employment Law; Medical Malpractice; Product Liability

☐ **Guy A. Rasco**     *Private Practice Lawyer, Labor and Employment Lawyer*

Devine Goodman Pallot & Wells, P.A., 777 Brickell Avenue, Suite 850, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Litigation; Civil Litigation; Criminal Law; Commercial Litigation; Trade Secrets; Restrictive Covenants Litigation; Asset Forfeiture

☐ **Jenna R. Rassif**     *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment



**Thomas J. Rebull** *Private Practice Lawyer, Labor and Employment Lawyer*

Broad and Cassel, One Biscayne Tower, 21st Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Commercial Litigation; Eminent Domain

**William S. Reese** *Private Practice Lawyer, Labor and Employment Lawyer*

Lane, Reese, Aulick, Summers & Ennis, P.A., Douglas Centre, Suite 304, 2600 Douglas Road, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Civil Trial Practice; Insurance Coverage; Employment Discrimination; Professional Liability; Professional Sexual Misconduct; Insurance Bad Faith; Negligence

**Larry S. Rifkin** *Private Practice Lawyer, Labor and Employment Lawyer*

Rifkin and Fox-Isicoff, 1110 Brickell Avenue, Suite 210, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Immigration and Nationality Law; Visas; Labor Certifications; Deportation; Business Immigration; Citizenship; Consular Law; Diplomatic Immunity; Employment Authorizations; Employment Immigration; Employment Visas; Family Immigration Law

**Osnat Kate Rind** *Private Practice Lawyer, Labor and Employment Lawyer*

Cohen & Rind, P.A., Andrew Jackson Building, 8100 Oak Lane, Suite 403 (Miami Lakes), Miami, Florida 33016, (Miami-Dade Co.)

**Practice Area:** Labor Law

**Neil P. Robertson** *Private Practice Lawyer, Labor and Employment Lawyer*

Daniels, Kashtan, Downs, Robertson & Magathan, 3300 Ponce De Leon Boulevard, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Automobile Liability; Civil Rights; Employment Law; Insurance Coverage Litigation; Professional Malpractice; Personal Injury; Products Liability; Construction Litigation

**James N. Robinson, II** *Private Practice Lawyer, Labor and Employment Lawyer*

White & Case, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131-2352, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Professional Liability; Labor and Employment; Federal Civil Litigation; International Dispute Resolution

**Andrew L. Rodman** *Private Practice Lawyer, Labor and Employment Lawyer*

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 Museum Tower, 150 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Carmen Rodriguez** *Private Practice Lawyer, Labor and Employment Lawyer*

Law Offices of Carmen Rodriguez, P.A., 9245 S.W. 157th Street, Suite 209, Miami, Florida 33157, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Catherine M. Rodriguez, (P.A.)**

Levey, Filler, Rodriguez, Kelso & De Bianchi, LLP, 555 NE 15th Street, Suite 104, Miami, Florida 33132, (Miami-Dade Co.)

**Practice Area:** Employment Law; Whistleblower Litigation; Commercial Litigation; Real Estate Litigation; Administrative Law; Government; Professional Malpractice; Family Law

☐ **Catherine M. Rodriguez, (P.A.)**                    *Private Practice Lawyer, Labor and Employment Lawyer*

Filler & Rodriguez L.L.P., 1320 South Dixie Highway, Suite 1275, Miami, Florida 33146, (Miami-Dade Co.)

**Practice Area:** Adoption; Equitable Distribution; Prenuptial Agreements; Child Abduction; Contract Disputes; Stock Purchase Agreement Disputes; Partnership Dissolution; Non Compete Agreements; Race Discrimination; Age Discrimination; Disability Discrimination

☐ **Elizabeth M. Rodriguez** 🏅              *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Thomas Roell**                          *Private Practice Lawyer, Labor and Employment Lawyer*

Cohen & Rind, P.A., Andrew Jackson Building, 8100 Oak Lane, Suite 403 (Miami Lakes), Miami, Florida 33016, (Miami-Dade Co.)

**Practice Area:** Labor Law

☐ **Mark A. Romance**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Civil Litigation; Complex Business Litigation; Complex Commercial Litigation; Complex Litigation; Intellectual Property Litigation; Noncompetition and Non-Solicitation Agreements; Real Estate Litigation; Theft of Trade Secrets

☐ **Carlotta J. Roos**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Ronald M. Rosengarten** 🏅              *Private Practice Lawyer, Labor and Employment Lawyer*

Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Law; Retail Industry

☐ **Arturo Ross** 🏅                        *Private Practice Lawyer, Labor and Employment Lawyer*

Littler Mendelson, A Professional Corporation, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **David L. Ross** 🏅                      *Private Practice Lawyer, Labor and Employment Lawyer*

Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Business Litigation; Antitrust Law; Securities Litigation; Labor Litigation; Product Liability Litigation

**Compare Selections**

<<Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | **9** | 10 | Next>>

New Search   Modify Search



**Rene F. Ruiz**    *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Peter L. Sampo**    *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

**Robert A. Santa Lucia**    *Private Practice Lawyer, Labor and Employment Lawyer*

Quintairos, Prieto, Wood & Boyer, P.A., 9200 South Dadeland Boulevard, Suite PH-825, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Civil Litigation; Insurance Defense; General Liability; Personal Injury Defense; Construction Defects; Products Liability; Employment Law; Professional Negligence; Property Subrogation

**Richard J. Sarafan**    *Private Practice Lawyer, Labor and Employment Lawyer*

Genovese Joblove & Battista, P.A., Bank of America Tower International Place, 100 SE 2nd Street, 44th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Litigation; Trade Secrets Litigation; Lender Liability Litigation; Contract Litigation; Condominium Litigation; Non-Compete Enforcement; General Practice; Municipal Law; Property Rights

**Marc David Sarnoff**    *Private Practice Lawyer, Labor and Employment Lawyer*

Sarnoff & Bayer, 3000 Shipping Avenue (Coconut Grove), Miami, Florida 33133, (Miami-Dade Co.)

**Practice Area:** Admiralty and Maritime Law; Employment Discrimination; Personal Injury; Insurance Defense

**Luke C. Savage**    *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**R. Cory Schnepper**    *Private Practice Lawyer, Labor and Employment Lawyer*

Levine, Busch, Schnepper & Stein, P.A., Suite 1010 One Datran Center, 9100 South Dadeland Boulevard, Miami, Florida 33156, (Miami-Dade Co.)

**Practice Area:** Workers' Compensation; ADA and Employment Law

**Justin Michael Senior**    *Private Practice Lawyer, Labor and Employment Lawyer*

Wermuthlaw, P.A., 8750 NW 36th Street, Suite 220, Miami, Florida 33178, (Miami-Dade Co.)

**Practice Area:** Employment Law; Labor Law

**Michael A. Shafir**    *Private Practice Lawyer, Labor and Employment Lawyer*

Carlton Fields, P.A., 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131-2114,

(Miami-Dade Co.)

**Practice Area:** Litigation; Labor and Employment

☐ **Lyle E. Shapiro**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Commercial Landlord and Tenant Law; Employment Litigation; Products Liability Litigation

☐ **Phillip J. Sheehe**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Sheehe & Associates, P.A., One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2610, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Products Liability Litigation; Antitrust; Securities Litigation; Environmental Litigation; Employment Law

☐ **Ronald D. Shindler**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Fowler White Burnett P.A., Espirito Santo Plaza, 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131-3302, (Miami-Dade Co.)

**Practice Area:** Securities Law; Commodities Law; Employment Law; Commercial Litigation; Arbitration

☐ **Spencer H. Silverglate**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Clarke Silverglate & Campbell, P.A., 799 Brickell Plaza Suite 900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Law; Employment Law; Products Liability; Personal Injury; Insurance Coverage; Class Actions; Professional Liability

☐ **Elissa F. Silverman**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Lawrence D. Silverman** 🥈 📖     *Private Practice Lawyer, Labor and Employment Lawyer*
Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Antitrust; Commercial Litigation; Non-Compete Litigation; Class Action Defense

☐ **Suzanne A. Singer**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Rumberger, Kirk & Caldwell, Professional Association, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, Florida 33130-3047, (Miami-Dade Co.)

**Practice Area:** Employment Law; Insurance Defense; Medical Malpractice; Casualty Insurance Defense; Professional Liability; Securities Litigation

☐ **Roger Slade**                     *Private Practice Lawyer, Labor and Employment Lawyer*
Pathman Lewis, LLP, One Biscayne Tower, Suite 2400, 2 South Biscayne Boulevard, Miami, Florida

33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Class Actions; Employment Discrimination

☐ **Henry E. (Hank) Sledge, Jr.**     *Private Practice Lawyer, Labor and Employment Lawyer*
Law Offices Goldberg & Dohan, L.L.P., 1001 Brickell Bay Drive, Suite 1508, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Workers Compensation; Employment Law; Personal Injury

☐ **M. Stephen Smith**     *Private Practice Lawyer, Labor and Employment Lawyer*
Rumberger, Kirk & Caldwell, Professional Association, Brickell Bayview Centre, Suite 3000, 80 Southwest 8th Street, Miami, Florida 33130-3047, (Miami-Dade Co.)

**Practice Area:** Professional Liability; Toxic Torts; Asbestos Defense; Labor and Employment; Environmental Law

☐ **Stephen A. Smith**     *Private Practice Lawyer, Labor and Employment Lawyer*
Boyd Mustelier Smith & Parker, P.L., 100 S. E. Second Street 36th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Labor and Employment; Insurance Coverage; Products Liability; Professional Liability; Medical Malpractice; Personal Injury

☐ **Irma Reboso Solares**     *Private Practice Lawyer, Labor and Employment Lawyer*
Jorden Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Insurance; Labor and Employment

☐ **Peter J. Somera, Jr.**     *Private Practice Lawyer, Labor and Employment Lawyer*
Glinn & Somera, P.A., 2100 Coral Way, Suite 502, Miami, Florida 33145, (Miami-Dade Co.)

**Practice Area:** Medical Malpractice; Personal Injury; Labor and Employment; Family Law; Commercial Law; Business Torts; Aviation Law; Criminal Defense; White Collar Criminal Defense

☐ **Maria N. Sorolis** 🔴     *Private Practice Lawyer, Labor and Employment Lawyer*
Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

☐ **Russell A. Spatz**     *Private Practice Lawyer, Labor and Employment Lawyer*
Russell A. Spatz, 14707 South Dixie Highway, Suite 302, Miami, Florida 33176, (Miami-Dade Co.)

**Practice Area:** Criminal Law; Driving While Intoxicated; Drug Crimes; Felonies; Homicide; Juvenile Law; Misdemeanors; Parole and Probation; Sexual Assault; Traffic Violations; Family Law; Child Custody; Child Support; Divorce; Domestic Violence; Spousal Support; Vis

☐ **David J. Stefany** 🔴     *Private Practice Lawyer, Labor and Employment Lawyer*
Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law

Compare Selections

<<Previous | 3 | 4 | 5 | 6 | 7 | 8 | 9 | **10** | 11 | 12 | Next>>

New Search   Modify Search

**James Alexander Stepan**                                    *Private Practice Lawyer, Labor and Employment Lawyer*

Feldman Gale, P.A., One Biscayne Tower, 30th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Intellectual Property Law; Commercial Litigation; Employment Law

**Susan H. Stern**                                          *Private Practice Lawyer, Labor and Employment Lawyer*

Jackson Lewis LLP, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3500, Miami, Florida 33131-2374, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Litigation; Commercial Litigation

**James Suarez**                                            *Private Practice Lawyer, Labor and Employment Lawyer*

Boyd Musteller Smith & Parker, P.L., 100 S. E. Second Street 36th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Appellate Practice; Commercial Litigation; Debtor and Creditor; Directors and Officers Liability; Labor and Employment; Fair Debt Collection Practices Act; ERISA; Directors and Officers Errors and Omissions; Insurance Coverage

**Devand (Dave) A. Sukhdeo**                                *Private Practice Lawyer, Labor and Employment Lawyer*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Litigation; Employee Benefits

**Nicole H. Sulsky**                                        *Private Practice Lawyer, Labor and Employment Lawyer*

White & Case, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131-2352, (Miami-Dade Co.)

**Practice Area:** Litigation; Labor and Employment; Immigration Law

**Jose S. Talavera**                                        *Private Practice Lawyer, Labor and Employment Lawyer*

Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; International Commercial Litigation; International Commercial Arbitration; Civil Litigation; Labor and Employment Litigation

**Aaron W. Tandy**                                          *Private Practice Lawyer, Labor and Employment Lawyer*

Gunster, Yoakley & Stewart, P.A., Suite 3400, One Biscayne Tower, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Consumer Litigation; Securities Litigation; Employment Litigation; ERISA; Antitrust; Complex Commercial Litigation; Class Actions; Products Liability

**Jeffrey S. Tanen**                                        *Private Practice Lawyer, Labor and Employment Lawyer*

Goldstein, Tanen & Trench, P.A., One Biscayne Tower, Suite 3700, Two South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Real Estate Law; Transactional Law; Business Dissolutions; Business Formation; Business Transactions; Buying and Selling of Businesses; Commercial Transactions; Uniform Commercial Code; Shopping Center Acquisitions; Commercial Real Estate Sales

☐ **Jennifer M. Taylor**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Samuel A. Terilli, Jr.** 🖼              *Private Practice Lawyer, Labor and Employment Lawyer*

Ford & Harrison LLP, 100 S.E. 2nd Street Suite 4500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Defense; Employment Litigation; Constitutional Law; Intellectual Property; Defamation; Media Law

☐ **Patricia Halvorson Thompson** 🖼 🖼 *Private Practice Lawyer, Labor and Employment Lawyer*

Carlton Fields, P.A., 4000 International Place, 100 S.E. Second Street, Miami, Florida 33131-2114, (Miami-Dade Co.)

**Practice Area:** Construction Litigation; Commercial Litigation; Employment Litigation; Fidelity and Surety Litigation

☐ **James Jay Thornton**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Commercial Litigation

☐ **Pedro J. Torres-Díaz**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Jackson Lewis LLP, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3500, Miami, Florida 33131-2374, (Miami-Dade Co.)

**Practice Area:** Employment Law; Employment Litigation; Wage and Hour Law; Employment Discrimination

☐ **Jessica T. Travers**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Jennifer Travieso**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Law Offices Goldberg & Dohan, L.L.P., 1001 Brickell Bay Drive, Suite 1508, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Workers Compensation; Personal Injury; Wage and Hour Law; Insurance Coverage

☐ **Susan E. Trench**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Goldstein, Tanen & Trench, P.A., One Biscayne Tower, Suite 3700, Two South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Employment Litigation; Appellate Practice; Domestic Relations; Business Litigation; Discrimination; Commercial Torts; Corporate Litigation; Premarital Agreements; Marital Agreements; Employer Rights

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Michael R. Tricarico** 🔘

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Law; Employee Benefits; Litigation

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Robert S. Turk**

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Suite 2200 Museum Tower, 150 West Flagler Street, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Labor and Employment Law; Wage and Hour Law; Arbitration; Employment Law

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Richard D. Tuschman** 🔘 🔘

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Jason E. Vail**

Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Kevin E. Vance**

Epstein Becker & Green, P.C., Wachovia Financial Center, 200 South Biscayne Boulevard Suite 2100, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Juan Carlos Varela**

Squire, Sanders & Dempsey L.L.P., Suite 4000, 200 South Biscayne Boulevard, Miami, Florida 33131-2398, (Miami-Dade Co.)

**Practice Area:** Labor and Employment; Labor and Employment in Latin America; Executive Compensation in Latin America; Union Contract Negotiations; Collective Bargaining; Latin American Labor Regulations Compliance

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Jacqueline Villalba**

Rifkin and Fox-Isicoff, 1110 Brickell Avenue, Suite 210, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Immigration and Naturalization; Business Immigration; Citizenship; Consular Law; Deportation; Diplomatic Immunity; Employment Authorizations; Employment Immigration; Employment Visas; Family Immigration Law; Immigration Discrimination

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Abigail C. Watts-FitzGerald** 🔘 🔘

Hunton & Williams LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Corporate; Mergers, Acquisitions and Divestitures; Partnerships; Joint Ventures; Limited Liability Company Law; Health Care Acquisitions; Closely Held Corporations; Shareholders Agreements; Employment Agreements; Restrictive Covenants

*Private Practice Lawyer, Labor and Employment Lawyer*

☐ **Michael J. Weber**

Feldman Gale, P.A., One Biscayne Tower, 30th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Intellectual Property Law; Drug and Medical Device Defense; Copyright and Trademark Litigation; Covenants Not to Compete; Deceptive Trade Practices; Civil Appeals

[ Compare Selections ]

<u><<Previous</u> | 3 | <u>4</u> | <u>5</u> | <u>6</u> | <u>7</u> | <u>8</u> | <u>9</u> | <u>10</u> | **11** | <u>12</u> | <u>Next>></u>

**Palmavon J. Webster**    *Private Practice Lawyer, Labor and Employment Lawyer*
Webster Dyrud Mitchell, First Union Financial Center, 200 South Biscayne Boulevard Suite 4880, Miami, Florida 33131-2307, (Miami-Dade Co.)

**Practice Area:** Trusts and Estates; Real Estate; Government Relations; International Trusts; International Estate Planning; Property Law; Intellectual Property; Construction Law; Litigation; Workers Compensation; Bankruptcy; Debtor and Creditor; Employee Benefits

**Laura A. Weis**    *Private Practice Lawyer, Labor and Employment Lawyer*
Allen, Norton & Blue, Professional Association, Third Floor, 121 Majorca Avenue (Coral Gables), Miami, Florida 33134-4508, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Joseph G. Weiss, Jr.**    *Private Practice Lawyer, Labor and Employment Lawyer*
Daniels, Kashtan, Downs, Robertson & Magathan, 3300 Ponce De Leon Boulevard, Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Commercial Litigation; Bankruptcy; Labor Law; Construction Litigation

**Christine L. Welstead**    *Private Practice Lawyer, Labor and Employment Lawyer*
Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Municipal and Insurance Litigation; Employment Discrimination Litigation

**John R. Whittles**    *Private Practice Lawyer, Labor and Employment Lawyer*
Richman Greer, P.A., Miami Center, Suite 1000, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Employment Litigation; Federal Civil Litigation; First Amendment Law; Complex Commercial Litigation

**Stephen B. Wilson**    *Private Practice Lawyer, Labor and Employment Lawyer*
Stiles, Taylor & Grace, P.A., 80 S.W. 8th Street Suite 1910, Miami, Florida 33130, (Miami-Dade Co.)

**Practice Area:** Workers Compensation; Insurance Defense; Labor and Employment Law

**Terrance Q. Woodard**    *Private Practice Lawyer, Labor and Employment Lawyer*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Brickell Avenue Suite 2020, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

**Darnele Liautaud Wright**    *Private Practice Lawyer, Labor and Employment Lawyer*
Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Business Litigation; Commercial Litigation; Contract Disputes; Business Torts; Insurance Coverage Litigation; Insurance Defense; Labor and Employment; Intellectual Property

**Lourdes Espino Wydler**    *Private Practice Lawyer, Labor and Employment Lawyer*

Law Offices of Oscar E. Marrero, 2600 Douglas Road, Penthouse 4 (Coral Gables), Miami, Florida 33134, (Miami-Dade Co.)

**Practice Area:** Civil Rights; Employment Law; Municipal Liability

☐ **Warren D. Zaffuto**                    *Private Practice Lawyer, Labor and Employment Lawyer*

Duane Morris LLP, 200 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131-2397, (Miami-Dade Co.)

**Practice Area:** Trial Practice; Commercial Law; Health Care; Employment Law; Management Labor Law

☐ **Miguel A. Zaldivar, Jr.**              *Private Practice Lawyer, Labor and Employment Lawyer*

Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** International Law; Corporate Law; Employment Law; Project Finance; Privatization

☐ **Mark E. Zelek**                        *Private Practice Lawyer, Labor and Employment Lawyer*

Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339, (Miami-Dade Co.)

**Practice Area:** Labor and Employment

☐ **Cheryl E. Zuckerman**                  *Private Practice Lawyer, Labor and Employment Lawyer*

Meland Russin & Budwick, P.A., 3000 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131, (Miami-Dade Co.)

**Practice Area:** Complex Commercial Litigation; Labor and Employment

`Compare Selections`

<<Previous | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12

New Search   Modify Search

# Exhibit "C"

## Inside the Bar

### Find a Lawyer

# Labor and Employment Law Section Members
There are currently 2010 section members.

1 | 2 | 3 | 4 | > | >> | Last | Page 1 of 101

| | | |
|---|---|---|
| E | Zascha Blanco **Abbott** | Miami |
| E | Mildred M **Abdullah** | Pensacola |
| E | Chanthina Bryant **Abney** | Stuart |
| E | Joyce **Ackerbaum Cox** | Orlando |
| E | Joseph Laurence **Ackerman** Jr. | West Palm Beach |
| E | Mary Anne **Ackourey** | Atlanta |
| E | Christi Renee **Adams** | Orlando |
| E | David Whitney **Adams** | Tampa |
| E | Douglas Cheney **Adams** | McLean |
| E | Sandra Durloo **Adams** | Palm Beach Gardens |
| E | Mark Alan **Addington** | Jacksonville |
| E | Stuart M **Address** | Stuart |
| E | Lori **Adelson** | Miami Beach |
| E | Gwendolyn Palmer **Adkins** | Tallahassee |
| E | Stephanie Leigh **Adler** | Orlando |
| E | John David **Agnew** | Bonita Springs |
| E | Lisa Maria **Ahonen** | Boca Raton |
| E | Todd Sidney **Aidman** | Tampa |
| E | Christopher Mark **Aiello** | Tampa |
| E | Edward Dusty **Aker** | Sarasota |

1 | 2 | 3 | 4 | > | >> | Last | Page 1 of 101

E **Eligible** to Practice law in Florida
N **Not Eligible** to Practice law in Florida

[Updated: 10-18-2007 ]

© 2005 The Florida Bar

http://www.floridabar.org/names.nsf/SECT?openview&RestrictToCategory=LE&count=20    10/18/2007

# Exhibit "D"

**Merrill Lynch's Proposed Lodestar and Fee Calculation ($110,350)**

| Lawyer | Hourly Rate | Hours | Subtotal | Adjusted Total* |
|--------|-------------|-------|----------|-----------------|
| Carlson | $450.00 | 184 | $82,800 | $41,400 |
| Arias | $350.00 | 394 | $137,900 | $68,950 |
| **Totals** | | 578 | $220,700 | **$110,350** |

*Merrill Lynch's proposed lodestar rests upon the panel's apparent decision to award as *unpaid wages* the unvested employee incentive compensation and unspecified severance pay to Zojaji, which appears to account for approximately one-half of the compensatory damages award of $400,000.  See *Amended Award* at 6.