UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 07-22134-CIV-GOLD
Magistrate Judge Turnoff

FARIBORZ ZOJAJI,

    Petitioner,

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.,

    Respondent.
_____/

**PETITIONER'S LOCAL RULE 7.1.A.3 CERTIFICATION
AS TO MOTION FOR ATTORNEY'S FEES AND COSTS**

    Petitioner Fariborz Zojaji, by undersigned counsel, hereby certifies that prior to filing the Petitioner's Motion for Attorney's Fees and Costs, counsel made a reasonable effort in good faith to resolve by agreement the issues raised in the motion and were unable to do so.

*Attorneys for Petitioner:*

**CARLSON & LEWITTES, P.A.**

By:     s/Curtis Carlson
    Curtis Carlson
    Florida Bar No. 236640
    One Southeast Third Avenue
    Suite 1200
    Miami, Florida 33131
    Telephone: 305.372.9700
    Facsimile: 305.372.8265
    Email: Carlson@carlson-law.net

1

**CARLSON & LEWITTES, P.A.**
1200 SunTrust International Center, One Southeast Third Avenue, Miami, FL 33131  305.372.3500

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 26, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed below, in the manner specified, either via transmitting of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      Michael Fortunato, Esq.
      Rubin, Fortunato & Harbison
      10 South Leopard Road
      Paoli, Pennsylvania, 19301
      (610) 408-2005/2048
      (610) 408-9050 Fax

      Douglas T. Marx. Esq.
      Waldman, Feluren, Hildebrandt & Trigoboff, P.A.
      2200 N. Commerce Parkway, Suite 202
      Weston, Florida 33326
      Telephone: 954-467-8600 (ext. 106)
      Facsimile 954-467-6222

Notices of Electronic Filing generated by CM/ECF

                                                                                   By:      s/Curtis Carlson