UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 07-22134-CIV-GOLD/TURNOFF

FARIBORZ ZOJAJI,

    Petitioner,

v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INCORPORATED,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

THIS CAUSE came on before the Court on: (1) U.S. Magistrate Judge William C. Turnoff's Report and Recommendations [DE 23] on Petitioner's Motion for Attorney's Fees and Costs ("Report"); and, (2) Petitioner's Motion for Entry of Judgment [DE24] in accordance with the Magistrate Judge's Report. In the Report, the Magistrate Judge recommends that Petitioner's Motion for Attorney's Fees and Costs [DE 12] be Granted-in-part and Denied-in-part as follows: Plaintiff be awarded the amount of $480,460.00 in attorney's fees for Carlson and Lewittes, P.A., and $11,425.20 in attorney's fees for Tew Cardenas/Broad and Cassel, for a total fee award of $491,885.20; and that costs be denied without prejudice. No objections to the Report have been filed, and the time for doing so has expired.

Accordingly, for the reasons stated in the Report, and noting that no objections have been filed, it is hereby ORDERED AND ADJUDGED:

    1.    The Report [DE 23] is AFFIRMED AND ADOPTED.

    2.    Petitioner's Motion for Entry of Judgment [DE24] is GRANTED.

3. Petitioner's Motion for Attorney's Fees and Costs [DE 12] is GRANTED in part and DENIED in part, as follows:

   a. Petitioner shall recover from Respondent Merrill Lynch, Pierce, Febber & Smith, Inc., which maintains an office for the transacting of its business at 355 Alhambra Circle, 15th Floor, Coral Gables, Florida, 33134, the sum of $491,885.20, with interest to accrue thereon until paid at the rate provided under section 55.03, Florida Statutes.

DONE AND ORDERED in chambers at Miami, Florida, this 27 day of June, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
Counsel of record